UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

IN RE:

KATHERINE DAVIS

Debtor(s)

CASE NO. 13-41002

## DEBTOR'S OBJECTION TO CLAIM

Come now the debtor, by and through her Attorney, Thomas M. Semmes, and contest amended claim number 6 filed by OCWEN LOAN SERVICING, LLC for the amount of $23401.65. Debtor would show as grounds that the claim as filed is excessive due to Trustee paid $10,867.86 to Saxon Mortgage in debtor's prior Chapter 13 Bankruptcy. Debtors admits that claim as filed should be entitled to $12,533.79 secured claim.

Dated 8/14/15            By:    /S/THOMAS M. SEMMES ASB-4357-M74T
                                 LEGAL CLINIC OF SEMMES & SEMMES, P.C
                                 THOMAS M. SEMMES, Attorney for Debtor
                                 1207 Noble Street
                                 Anniston, Alabama 36201
                                 (256) 236-7354
                                 SEM 005

## CERTIFICATE OF SERVICE

I hereby certify that I have on August 14, 2015 served a copy of the following in the above referenced case via pacer on the following, **Linda B. Gore, Chapter 13 Trustee** at debtors@bellsouth.net, and via the United States Postal Service, properly addressed and First Class postage prepaid to the following:

OCWEN LOAN SERVICING, LLC
ATTN: BANKRUPTCY DEPARTMENT
P.O. BOX 24605
WEST PALM BEACH, FL 33416-4605

CRAIG A. EDELMAN
AUTHORIZED AGENT FOR OCWEN LOAN SERVICING
PO BOX 9013
ADDISON TX 75001

                                 /S/THOMAS M. SEMMES ASB-4357-M74T
                                 ATTORNEY FOR DEBTOR