UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 13-41002 |
| | ) | |
| KATHERINE DAVIS | ) | |
| | ) | |
| | ) | |
| DEBTOR | ) | |

## SUGGESTION OF DEATH

Comes now, the undersigned, Thomas M. Semmes, files this Notice that the debtor, Katherine Davis passed away on March 30, 2015.

DATE: 8/19/15                    LEGAL CLINIC OF SEMMES & SEMMES P.C.

BY: /S/THOMAS M. SEMMES ASB-4357-M74T
THOMAS M. SEMMES
1207 Noble Street
Anniston, AL 36201
(256) 236-7354

## CERTIFICATE OF SERVICE

I hereby certify that I have on August 19, 2015 served a copy of the following in the above referenced case by via pacer on the following, **Linda B. Gore, Chapter 13 Trustee** at debtors@bellsouth.net, and via the United States Postal Service, properly addressed and First Class postage prepaid to the following:

**ALL CREDITORS ON ATTACHED MATRIX**

/S/THOMAS M. SEMMES ASB-4357-M74T
THOMAS M. SEMMES

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-1<br>Case 13-41002-JJR13<br>NORTHERN DISTRICT OF ALABAMA<br>Anniston<br>Wed Aug 19 08:40:55 CDT 2015 | Atlas Acquisitions LLC<br>Attn: Avi Schild<br>294 Union St<br>Hackensack, NJ 07601-4303 | NEARMC Employees Federal Credit Union<br>c/o T. Boice Turner, Jr.<br>P.O. Box 1124<br>Anniston, AL 36202-1124 |
| Ocwen Loan Servicing, LLC<br>1661 Worthington Road<br>Suite #100<br>WEST PALM BEACH, FL 33409-6493 | Recovery Management Systems Corporation<br>Independence Receivables<br>Attn: Ramesh Singh<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Regional Management Corporation<br>Regional Management Corp.<br>PO BOX 776<br>PO BOX 776<br>MAULDIN, SC 29662-0776 |
| U. S. Bankruptcy Court<br>1129 Noble Street, Room 117<br>Anniston, AL 36201-4674 | ALLIANCE ONE RECEIVABLES<br>4850 STREET RD, SUITE 300<br>TREVOSE, PA 19053-6643 | ANNISTON MEDICAL CLINIC<br>1010 CHRISTINE AVENUE<br>ANNISTON AL 36207-5782 |
| Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | EQUIFAX<br>PO BOX 740241<br>ATLANTA GA 30374-0241 | EXPERIAN<br>701 EXPERIAN PKWY<br>ALLEN TX 75013-3715 |
| IC SYSTEMS INC.<br>PO BOX 64378<br>ST PAUL MN 55164-0378 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | KATHERINE DAVIS<br>PO BOX 252<br>ALEXANDRIA, AL 36250-0252 |
| Legal Clinic of Semmes and Semmes<br>1207 Noble Street<br>Anniston, AL 36201-4640 | MEDICAL DATA SYSTEMS<br>2150 15TH AVE<br>VERO BEACH FL 32960-3436 | NEA REGIONAL MEDICAL CENTER<br>FEDERAL CREDIT<br>220 E. 10TH STREET<br>ANNISTON AL 36207-5706 |
| NEARMC<br>PO BOX 1380<br>ANNISTON AL 36202-1380 | OCWEN LOAN SERVICING L<br>PO BOX 24737<br>WEST PALM BEACH FL 33416-4737 | OCWEN LOAN SERVICING, LLC<br>ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 24605<br>WEST PALM BEACH, FLORIDA 33416-4605 |
| PRINCIPAL FINANCIAL GROUP<br>711 HIGH STREET<br>DES MOINES, IA 50392-0001 | REGIONAL MANAGEMENT CORPORATION<br>PO BOX 776<br>MAULDIN, SC 29662-0776 | ROTECH HEALTHCARE<br>2600 TECHNOLOGY DR<br>ORLANDO FL 32804-8024 |
| Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | SUPERIOR FINANCIAL SERVICES, LLC<br>1986 US HWY 78 EAST<br>OXFORD, AL 36203-2020 | TRANS UNION<br>P.O. BOX 6790<br>FULLERTON, CA 92834-9416 |
| VITAL MED ANESTHEASIA<br>C/O ALLIANCE COLLECTION<br>807 VARSITY DR<br>TUPELO MS 38801-4615 | James G. Davis<br>20 Alice St.<br>Alexandria, AL 36250-6077 | Linda Baker Gore<br>NON-PAYMENTS: P.O. Box 1338<br>Gadsden, AL 35902 |

Thomas M Semmes
Legal Clinic of Semmes and Semmes
1207 Noble Street
Anniston, AL 36201-4640

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD MN 56302-9617

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)NEARMC Employees Federal Credit Union<br>c/o T. Boice Turner, Jr.<br>P.O. Box 1124<br>Anniston, AL 36202-1124 | (d)Katherine Davis<br>PO Box 252<br>Alexandria, AL 36250-0252 | End of Label Matrix<br>Mailable recipients 30<br>Bypassed recipients 2<br>Total 32 |