UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

IN RE: )
)
KATHERINE DAVIS )
)
) CASE NO. 13-41002
Debtor(s) )

## WITHDRAWAL OF DEBTOR'S OBJECTION TO CLAIM

Come now the Debtor, by and through her attorney, and Withdraws the Debtor's Objection to amended claim number 6 filed by **OCWEN LOAN SERVICING, LLC.**

DATE: 3/30/16        LEGAL CLINIC OF SEMMES & SEMMES, PC

**BY: /S/THOMAS M. SEMMES ABS-4357-M74T**
**THOMAS M. SEMMES**
**Attorney for Debtor**
**1207 Noble Street**
**Anniston, AL  36201**
**(256) 236-7354**

## CERTIFICATE OF SERVICE

I hereby certify that I have on this March 30, 2016, served a copy of the foregoing in the above referenced case by via pacer on the following: Linda B. Gore, Chapter 13 Trustee at debtors@bellsouth.net , and via the United States Postal Service, properly addressed and First Class postage prepaid to the following.

| OCWEN LOAN SERVICING LLC | GRAIG A EDELMAN |
| ATTN: BANKRUPTCY DEPARTMENT | REGISTERED AGENT |
| PO BOX 24605 | PO BOX 9013 |
| WEST PALM BEACH FL 33416-4605 | ADDISON TX 75001 |

/S/THOMAS M. SEMMES ASB-4357-M74T
THOMAS M. SEMMES
ATTORNEY AT LAW