UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

IN RE:

KATHERINE DAVIS

CASE NO. 13-41002

Debtor(s)

## DEBTOR'S OBJECTION TO CLAIM

Come now the debtor, by and through her Attorney, Thomas M. Semmes, and contest amended claim number 6 filed by OCWEN LOAN SERVICING, LLC for the amount of $23,401.65. Debtor would show as grounds that the claim as filed is excessive due to debtor has paid their own homeowner's insurance and property taxes since the life of the loan. Debtor has never had an escrow with their mortgage loan. Debtors admits that claim as filed should be entitled to $14,145.59 secured claim.

Dated 5/ 4/16     By:     /S/THOMAS M. SEMMES ASB-4357-M74T
LEGAL CLINIC OF SEMMES & SEMMES, P.C
THOMAS M. SEMMES, Attorney for Debtor
1207 Noble Street
Anniston, Alabama 36201
(256) 236-7354
SEM 005

## CERTIFICATE OF SERVICE

I hereby certify that I have on May 4, 2016 served a copy of the following in the above referenced case via pacer on the following, **Linda B. Gore, Chapter 13 Trustee** at debtors@bellsouth.net, and via the United States Postal Service, properly addressed and First Class postage prepaid to the following:

OCWEN LOAN SERVICING, LLC
ATTN: BANKRUPTCY DEPARTMENT
P.O. BOX 24605
WEST PALM BEACH, FL 33416-4605

CRAIG A. EDELMAN
AUTHORIZED AGENT FOR OCWEN LOAN SERVICING
PO BOX 9013
ADDISON TX 75001

/S/THOMAS M. SEMMES ASB-4357-M74T
ATTORNEY FOR DEBTOR