# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - EASTERN DIVISION

In the Matter of:

| | |
|---|---|
| Katherine Davis } | **Case No: 13-41002-JJR13** |
| SSN: XXX-XX-6773 } | |
| DEBTOR(S). } | |
| } | |
| } | |

### ORDER GRANTING MOTION TO DISMISS

This matter came before the Court on Tuesday, May 23, 2017 09:30 AM, for a hearing on the following:

RE: Doc #210; Trustee's Motion to Dismiss Case for Failure to Make Plan Payments
(CONTINUED FROM 2/28/2017 TO 3/22/2017 to 4/25/2017

Proper notice of the hearing was given and appearances were made by the following:

Thomas M Semmes, attorney for Katherine Davis (Debtor)
James G. Davis, representative for debtor, Katherine Davis (Deceased)
Bradford W. Caraway, Staff Attorney for Linda B. Gore, Chapter 13 Trustee

**It is therefore ORDERED, ADJUDGED and DECREED that:**

For the reasons stated on the record, the motion to dismiss case is GRANTED and the case is dismissed.

Dated: 05/23/2017

/s/ JAMES J. ROBINSON
JAMES J. ROBINSON
Chief United States Bankruptcy Judge